# HAROLD M. SOMER, PC

Attorney at Law
1025 Old Country Road, Ste. 404
Westbury, New York 11590
(516) 248-8962

April 21, 2022

United States Bankruptcy Court
US Courthouse
300 Quarropas Street
White Plains, New York  10601
Att'n: Dorothy Lin
       Chambers, Hon. Robert D. Drain

Confirmed Debtor: David DePietto
Ch. 11 Case No. 19-22590

Dear Ms. Li:

I am of-counsel to Roach & Lin, attorneys for Ridgewood Savings Bank.

This shall confirm our telephone conversation of this afternoon whereby the hearing scheduled for April 25, 2022 has been adjourned on consent to June 6, 2022 at 10:00 am.

We thank the court for it's courtesy and cooperation.

Very truly yours,

HAROLD M. SOMER

cc: H. Bruce Bronson, Esq. (via email)